Filed 2/23/23  P. v. Girouard CA1/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br>v.<br>ANDRE RENEE GIROUARD,<br><br>        Defendant and Appellant. | A166335<br><br>(Lake County Super. Ct. No. CR961844) |

Defendant Andre Renee Girouard appeals from a judgment following his plea of no contest to one count of assault with a deadly weapon (Pen. Code, § 245, subd. (a)(1)[1]).  Defendant admitted he had one prior "strike" conviction, and he admitted various aggravating factors were true. Additional counts were dismissed with a *Harvey* waiver.[2]

The underlying crime arose out of an incident at a motel while defendant was drinking alcohol with two females.  He touched one of the females inappropriately, and hit the other with a bottle twice, pushed her to the floor, and struck her numerous times.  The trial court imposed the upper

---

[1]     All further statutory references are to the Penal Code unless otherwise indicated.

[2]     *People v. Harvey* (1979) 25 Cal.3d 754.

1

term of four years, doubled pursuant to the Three Strikes Law.  Defendant filed a notice of appeal indicating this appeal is based on post-plea matters.

Defendant's court-appointed counsel filed a brief raising no issues and seeking our independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  The brief includes counsel's declaration stating that counsel reviewed the record and determined a brief raising no issues was appropriate, counsel advised defendant a *Wende* brief would be filed and provided him a copy of the brief, counsel informed defendant of his right to file a supplemental brief within 30 days, and counsel informed defendant that he could request the court to relieve her as counsel.  A proof of service accompanying the brief indicates that it was served on defendant by mail on January 19, 2023.  More than 30 days has now elapsed, and defendant has not filed a supplemental brief.  We reviewed the post-plea record on appeal and we have found no reasonably arguable appellate issue. (*People v. Kelly* (2006) 40 Cal.4th 106, 124.)

## DISPOSITION

The judgment is affirmed.

FUJISAKI, ACTING P.J.

WE CONCUR:

PETROU, J.

RODRÍGUEZ, J.

*People v. Girouard* (A166335)

2